**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>**DISTRICT OF NEW JERSEY** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Miller Health Care, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba Lawrenceville Nursing Rehabilitation Center | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    ITIN: 1520; EIN: 20-4181520 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>112 Franklin Corner Road<br>Lawrenceville, NJ     ZIPCODE 08648 | Street Address of Joint Debtor (No. and Street, City, and State<br>    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Mercer | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [x] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Miller Health Care, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:  N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐  Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

**B1 (Official Form 1) (4/10)** | Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Miller Health Care, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
   Date

### Signature of Attorney*

X /s/ Scott M. Zauber, Esq.
_____
Signature of Attorney for Debtor(s)

SCOTT M. ZAUBER, ESQ. SZ6086
Printed Name of Attorney for Debtor(s)

Subranni Zauber LLC
Firm Name

1624 Pacific Avenue
Address

POB 1913 Atlantic City, NJ 08404

(609) 347-7000
Telephone Number

June 18, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Thomas Miller
_____
Signature of Authorized Individual

THOMAS MILLER
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

June 18, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re   Miller Health Care, LLC                              ,
                              Debtor

Case No. _____

Chapter        11        _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| ACULABS, INC. 2 KENNEDY BLVD. EAST BRUNSWICK, NJ 08816 | | | | 12,444.37 |
| Horizon Blue Cross Blue Shield Ste 1, 949 Raymond Blvd. Newark, NJ 07105 | | | | 12,698.92 |
| Mobilex USA 930 Ridgebrook Rd 3rd Fl Sparks Glencoe, MD 21152-9390 | | | | 13,402.36 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

| | | | | |
|---|---|---|---|---|
| MIDCO WASTE SYSTEMS 5 INDUSTRIAL DRIVE NEW BRUNSWICK, NJ 08901 | | | | 16,058.71 |
| TEAMSTERS LOCAL 35 PENSION FUND 620 US ROUTE 130 YARDVILLE, NJ 08691 | | | | 17,330.00 |
| Amerihealth Casualty Svcs 8000 Midlantic Dr # 333N Mount Laurel, NJ 08054-1518 | | | | 27,973.93 |
| FDR Services Corp. One Ames Court. Ste 204 Plainview, NY 11803 | | | | 28,274.47 |
| LTC CONSULTING SERVICES 7 RANDOLPH ROAD HOWELL, NJ 07731 | | | | 30,000.00 |
| TEAMSTERS LOCAL 35 HEALTH FUND 620 US ROUTE 130 YARDVILLE, NJ 08691 | | | | 39,333.75 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

PSE&G Co Electric
8 Lyndon Dr.
Hillsborough, NJ
08844-3033

42,258.57

US POST ACUTE
SERVICE
SOLUTIONS
2029 MORRIS
AVENUE SUITE 2
UNION, NJ 07083

53,714.00

CONFIDENCE
SERVICES LLC
1420 EAST LINDEN
AVENUE
LINDEN, NJ 07036

81,795.00

PHARMCARE USA
95 NEWFIELD
AVENUE SUITE B
EDISON, NJ 08837

87,504.53

Lawrence Twp Tax
Collector
2207 Lawrence Road
Lawrence Twp, NJ
08648

103,279.68

CENTRAL CARE
SOLUTIONS
1420 E LINDEN
AVENUE
LINDEN, NJ 07036

127,976.16

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

NJ Nursing Home Provider Assessment
NJ Div of Taxation
50 Barrack Street
Trenton, NJ
08695-0198

185,290.32

Select Medical Corporation
4714 Gettysburg Road
Mechanicsburg, PA
17055

263,720.60

HEALTHCARE SERVICES GROUP, INC
SUITE 300
3220 TILLMAN DRIVE
BENSALEM, PA
19020

448,729.48

PRIME REHABILITATION SERVICES
220 WHITE PLAINS ROAD SUITE 550
TARRYTOWN, NY
10591

526,559.29

PARTNERS PHARMACY
70 JACKSON DRIVE

CRANFORD, NJ
07016

678,880.71

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,  [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____June 18, 2011_____

Signature _____/s/ Thomas Miller_____

THOMAS MILLER,
Managing Member

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6 Cover (Form 6 Cover) (12/07)**


# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury


GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank


Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.


Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6A (Official Form 6A) (12/07)

In re   Miller Health Care, LLC                                    Case No. _____
              **Debtor**                                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re  **Miller Health Care, LLC**                                    Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand | | 60.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Petty cash<br>TD Bank Account<br>Wachovia Accounts | | 100.00<br>25,867.48<br>1,934.77 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

In re ___Miller Health Care, LLC_____   Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable 1.3 million gross 400K liquidation value | | 400,000.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Healthcare License Not able to sell | | Indeterminate |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 BMW 740IL Liquidation Value | | 5,000.00 |
| | | 2006 Ford Expedition | | 7,500.00 |

**B6B (Official Form 6B) (12/07) - Cont.**

In re   Miller Health Care, LLC                                                Case No. _____
         **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture Fixtures and Equipment Estimated Liquidation Value | | 15,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____   continuation sheets attached        Total        $        455,462.25

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6C (Official Form 6C)  (04/10)**

In re   Miller Health Care, LLC                                  Case No. _____
           **Debtor**                                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
                                                                    $146,450*.
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re _____,    Case No. _____
Miller Health Care, LLC

| **Debtor** | **(If known)** |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ford Motor Credit <br> POB 542000 <br> Omaha, NE 68154 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2006 Ford Expedition <br><br><br> VALUE $            7,500.00 | | | | 6,544.43 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

_____0_____ continuation sheets attached

| | | | Subtotal ► <br> (Total of this page) | | | | $      6,544.43 | $      0.00 |
| | | | Total ► <br> (Use only on last page) | | | | $      6,544.43 | $      0.00 |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6E (Official Form 6E) (04/10)**

In re___Miller Health Care, LLC_____,    Case No._____
          Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6E (Official Form 6E) (04/10) - Cont.**

In re __Miller Health Care, LLC_____,     Case No._____
              Debtor                                                                    (if known)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

☐    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re ___Miller Health Care, LLC_____,          Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A.C. Black Landscaping<br>94A Crosswicks-Ellisdale Rd<br>Allentown, NJ 08501 | | | Consideration: Other | X | X | X | Unknown |
| ACCOUNT NO.<br><br>ABLE MEDICAL TRANSPORTATION INC<br>PO BOX 6837<br>BRIDGEWATER, NJ 08807-0837 | | | Consideration: Other | | | | 3,088.89 |
| ACCOUNT NO.<br><br>ACCESS INTERACTIVE LLC<br>46665 MAGELLAN DRIVE<br>NOVI, MI 48377 | | | Consideration: Other | | | | 169.00 |
| ACCOUNT NO.<br><br>ACHCA<br>PO BOX 75060<br>BALTIMORE, MD 21275-5060 | | | Consideration: Other | | | | 572.00 |

    58____continuation sheets attached

Subtotal ➤    $    3,829.89

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC_____ ,          Case No. _____
              **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ACULABS, INC. <br> 2 KENNEDY BLVD. <br> EAST BRUNSWICK, NJ 08816 | | | Consideration: Other | | | | 12,444.37 |
| ACCOUNT NO. <br><br> AIR CARE OF NJ, INC <br> 127 ROUTE 206 SUITE 35 <br> HAMILTON, NJ 08610 | | | Consideration: Other | | | | 3,255.31 |
| ACCOUNT NO. <br><br> AIRGAS EAST <br> PO BOX 827049 <br> PHILADELPHIA, PA 19182 | | | Consideration: Other | | | | 4,496.20 |
| ACCOUNT NO. <br><br> AJANTA S VINEKAR MD <br> "666 PLAINSBORO RD <br> SUITE 228, BLDG 200 <br> PLAINSBORO, NJ 08536 | | | Consideration: Other | | | | 650.00 |
| ACCOUNT NO. <br><br> ALAN LANDA <br> 1072 MADISON AVENUE <br> LAKEWOOD, NJ 08701 | | | Consideration: Other | | | | 105.00 |

Sheet no. __1__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 20,950.88

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Miller Health Care, LLC_____ ,          Case No. _____
               **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ALLSTATE MEDICAL 34 35TH STREET BROOKLYN, NY 11232 | | | Consideration: Other | | | | 4,389.96 |
| ACCOUNT NO.  ALTERNATIVES FOR SENIORS PO BOX 833 SOUTHFIELD, MI 48037 | | | Consideration: Other | | | | 171.00 |
| ACCOUNT NO.  ALTIGRO 3 US HIGHWAY 46 WEST FAIRFIELD, NJ 07004-2904 | | | Consideration: Other | | | | 1,950.00 |
| ACCOUNT NO.  AMALFI'S 146 Lawrenceville Pennington Road Lawrence Twp, NJ 08648-1461 | | | Consideration: Other | | | | 678.05 |
| ACCOUNT NO.  AMARACHI ANABARONYE | | | Consideration: Other | | | | 43.39 |

Sheet no. _2_ of _58_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $   7,232.40

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC_____,        Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  American Hospice  50 N. Laura St. Ste 1800  Jacksonville, FL 32202 | | | | | | | 0.00 |
| ACCOUNT NO.  American Hospitals Patient Guide  POB 1031  Schenectady, NY 12301 | | | Consideration: Other | X | X | X | Unknown |
| ACCOUNT NO.  American Hospitals Pub Group  POB 1031  Schenectady, NY 12301 | | | | | | | 0.00 |
| ACCOUNT NO.  Amerihealth Casualty Svcs  8000 Midlantic Dr # 333N  Mount Laurel, NJ 08054-1518 | | | Consideration: Other | | | | 27,973.93 |
| ACCOUNT NO.  AMERIHEALTH CASUALTY SVCS-109  LOCKBOX #8271  PO BOX 8500  PHILADELPHIA, PA 19178 | | | Consideration: Other | | | | Notice Only |

Sheet no. __3__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 27,973.93
Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____ ,          Case No. _____
                **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AMERIKEM <br> 136 ARLINGTON AVENUE <br> BLOOMFIELD, NJ 07003 | | | Consideration: Other | | | | 320.68 |
| ACCOUNT NO. <br> AMSTERDAM PRINTING & LITHO <br> PO BOX 701 <br> AMSTERDAM, NY 12010 | | | Consideration: Other | | | | 600.95 |
| ACCOUNT NO. <br> ARAMSCO <br> PO BOX 29 <br> THOROFARE, NJ 08086-0029 | | | Consideration: Other | | | | 160.10 |
| ACCOUNT NO. <br> Atlantic Central Station Inc. <br> POB 158 <br> Lyndhurst, NJ 07071 | | | | | | | 0.00 |
| ACCOUNT NO. <br> AUDIO MESSAGING SOLUTIONS, LLC <br> PO BOX 890271 <br> CHARLOTTE, NC 28289-0271 | | | Consideration: Other | | | | 354.00 |

Sheet no. __4__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    1,435.73

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC _____ ,       Case No. _____
                     **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Bollinger, Inc. 232 Strawbridge Dr. Moorestown, NJ 08057 | | | | | | | 0.00 |
| ACCOUNT NO. Borden Perlman Insurance Co 2000 Lenox Drive Ste 202 Lawrenceville, NJ 08648 | | | | | | | 0.00 |
| ACCOUNT NO. BROADVIEW NETWORKS PO BOX 9242 UNIONDALE, NY 11555-9242 | | | Consideration: Other | | | | 6,016.23 |
| ACCOUNT NO. BSD CARE 2915 AVE K BROOKLYN, NY 11210 | | | Consideration: Other | | | | 6,258.43 |
| ACCOUNT NO. Buchanan Ingersoll & Rooney 700 Alexander Park Ste 300 Princeton, NJ 08540 | | | Consideration: Other | | | | 6,994.00 |

Sheet no. __5__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 19,268.66

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Miller Health Care, LLC_____,          Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAMERON CHANDLER<br>228 WEST MAPLE STREET<br>AMBLER, PA 19002-5738 | | | Consideration: Other | | | | 200.00 |
| ACCOUNT NO.<br><br>CANON FINANCIAL SERVICES INC<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-014 | | | Consideration: Other | | | | 1,472.85 |
| ACCOUNT NO.<br><br>Care Alternatives<br>70 Jackson Drive Ste 200<br>Cranford, NJ 07016 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Care Associates Network<br>147 Columbia Tpke Ste 302<br>Florham Park, NJ 07932 | | | Consideration: Other | | | | 3,400.00 |
| ACCOUNT NO.<br><br>CAREMED INC<br>PO BOX 67<br>CEDARHURST, NY 11516 | | | Consideration: Other | | | | 128.29 |

Sheet no. __6__ of __58__ continuation sheets attached          Subtotal ➤   | $   5,201.14
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                Total ➤   | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC                                              ,        Case No. _____
                          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Caring Hospice Services 400 Commerce Dr Ste C Fort Washington, PA 19034 | | | | | | | 0.00 |
| ACCOUNT NO. CENTRAL CARE SOLUTIONS 1420 E LINDEN AVENUE LINDEN, NJ 07036 | | | Consideration: Other | | | | 127,976.16 |
| ACCOUNT NO. CertaPro Painters 300 Mill St. Moorestown, NJ 08057 | | | | | | | 0.00 |
| ACCOUNT NO. CHE Senior Care Therapy 85 Crescent Ave. Passaic, NJ 07055 | | | | | | | 0.00 |
| ACCOUNT NO. Cherry Hill Pharmacy LTC 1951 Old Cuthbert Rd Ste 306 Cherry Hill, NJ 08034 | | | | | | | 0.00 |

Sheet no. _7_ of _58_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $      127,976.16

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____,        Case No. _____

         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  582618<br><br>Chicago Insurance Company<br>55 E. Monroe St.<br>Chicago, IL 60603 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>CHILDREN'S BREAD DELIVERANCE | | | Consideration: Other | | | | 50.00 |
| ACCOUNT NO.<br><br>Chinenye Onyenali<br>113 Johnston Ave.<br>Hamilton, NJ 08609 | | | Consideration: Other | | | | 325.50 |
| ACCOUNT NO.<br><br>CHOICE CARE CARD LLC<br>76 MCNEIL ROAD 2ND FLOOR<br>WATERBURY CENTER, VT 05677 | | | Consideration: Other | | | | 630.00 |
| ACCOUNT NO.<br><br>CHS, INC - MERCER CAMPUS<br>PO BOX 8500-1576<br>PHILADELPHIA, PA 19178-1576 | | | Consideration: Other | | | | 1,607.80 |

Sheet no.  8   of 58   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    2,613.30

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC                                    ,        Case No. _____
            **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHS, INC. - FULD CAMPUS<br>PO BOX 8500-1571<br>PHILADELPHIA, PA 19178-1571 | | | Consideration: Other | | | | 698.88 |
| ACCOUNT NO.<br><br>CLIA LABORATORY PROGRAM<br>POB 361<br>TRENTON, NJ 08625-0360 | | | Consideration: Other | | | | 300.00 |
| ACCOUNT NO.<br><br>COLETTE BOGIE<br>857 OLD WHITEHORSE PIKE<br>WATERFORD, NJ 08089 | | | Consideration: Other | | | | 225.00 |
| ACCOUNT NO.<br><br>COLONIAL SUPPLEMENTAL INSURANCE<br>PREMIUM PROCESSING PO BOX 903<br>COLUMBIA, SC 29202-090 | | | Consideration: Other | | | | 636.90 |
| ACCOUNT NO.<br><br>COLORADO BANKERS LIFE<br>PO BOX 17007<br>DENVER CO 80217-0007 | | | Consideration: Other | | | | 375.00 |

Sheet no.  9   of  58   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,235.78

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____,        Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COMCAST<br>PO BOX 840<br>NEWARK, NJ 07101-0840 | | | Consideration: Other | | | | 477.45 |
| ACCOUNT NO.<br><br>COMMERCIAL READERS SVC<br>PO BOX 3696<br>BLOOMINGTON, IL 61702-3696 | | | Consideration: Other | | | | 12.48 |
| ACCOUNT NO.<br><br>COMTEL TECHNOLOGY GROUP, INC.<br>2602 EAST 7TH AVENUE<br>SUITE 200<br>TAMPA, FL 33605 | | | Consideration: Other | | | | 695.00 |
| ACCOUNT NO.<br><br>ConEdison Solutions<br>701 Westchester Ave Ste 300E<br>White Plains, NY 10604 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>CONFIDENCE SERVICES LLC<br>1420 EAST LINDEN AVENUE<br>LINDEN, NJ 07036 | | | Consideration: Other | | | | 81,795.00 |

Sheet no. __10__ of _58_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        82,979.93

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC _____,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. COOLERSMART "W510182, PO BOX 7777 PHILADELPHIA, PA 19175" | | | Consideration: Other | | | | 539.10 |
| ACCOUNT NO. COOPER PEST SOLUTIONS 351 LAWRENCE STATION ROAD LAWRENCEVILLE, NJ 08648-26 | | | Consideration: Other | | | | 703.26 |
| ACCOUNT NO. CREATIVE FORECASTING PO BOX 7789 COLORADO SPRINGS, CO 80933-7789 | | | Consideration: Other | | | | 120.00 |
| ACCOUNT NO. CROKER FIRE DRILL CORP PO BOX 368 ISLIP TERRACE, NY 11752-0368 | | | Consideration: Other | | | | 657.80 |
| ACCOUNT NO. CURRENT TECHNOLOGIES ELECTRONICS PO BOX 41 JACKSON, NJ 08527 | | | Consideration: Other | | | | 377.71 |

Sheet no. _11_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,397.87

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Miller Health Care, LLC                                    ,          Case No. _____
        **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DATA CONTROL TECHNOLOGY, INC<br>9 CHURCH STREET SUITE 202<br>HORNELL, NY 14843 | | | Consideration: Other | | | | 630.00 |
| ACCOUNT NO.<br><br>DAVID M. WACKSMAN<br>"RE: AMBASSADOR ANCILLARY<br>20 COURT STREET, 4TH FLOOR" | | | Consideration: Other | | | | 7,000.00 |
| ACCOUNT NO.<br><br>DAYDOTS<br>24198 NETWORK PLACE<br>CHICAGO, IL 60673-1241 | | | Consideration: Other | | | | 121.17 |
| ACCOUNT NO.<br><br>DELCREST MEDICAL SUPPLIES, LLC<br>2670 NOTTINGHAM WAY<br>HAMILTON, NJ 08619 | | | Consideration: Other | | | | 4,580.95 |
| ACCOUNT NO.<br><br>Delta-T Group, Inc.<br>101 S. Bryn Mawr Ave Ste 270<br>Bryn Mawr, PA 19010 | | | | | | | 0.00 |

Sheet no. __12__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 12,332.12

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC_____,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DH SPECIAL SERVICES<br>107 BROOKVILLE ROAD<br>BARNEGAT, NJ 08005 | | | Consideration: Other | | | | 10.00 |
| ACCOUNT NO.<br><br>DIRECT CARE CORP.<br>31 SKYLINE DRIVE<br>PLAINVIEW, NY 11803 | | | Consideration: Other | | | | 2,297.36 |
| ACCOUNT NO.<br><br>DIRECT SUPPLY<br>BOX 88201<br>MILWAUKEE WI 53288-0201 | | | Consideration: Other | | | | 1,529.14 |
| ACCOUNT NO.<br><br>DR. NILESH RANA<br>1531 BUCK CREEK DRIVE<br>YARDLEY, PA 19067 | | | Consideration: Other | | | | 2,000.00 |
| ACCOUNT NO.<br><br>DRISCOLL FOODS<br>174 DELAWANNA AVENUE<br>CLIFTON, NJ 07014 | | | Consideration: Other | | | | 6,274.76 |

Sheet no. _13_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    12,111.26

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC                                    ,                Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DSI of Trenton LLC <br> 1840 Princeton Ave. <br> Lawrenceville, NJ 08648 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> DYNALINK COMMUNICATIONS <br> PO BOX 1219 <br> OLD CHELSEA STATION <br> NEW YORK, NY 10113-1 | | | Consideration: Other | | | | 1,384.89 |
| ACCOUNT NO. <br><br> ECOLAB <br> PO BOX 905327 <br> CHARLOTTE, NC 28290-5327 | | | Consideration: Other | | | | 1,040.60 |
| ACCOUNT NO. <br><br> EDGE INFORMATION MANAGEMENT, INC <br> PO BOX 3378 <br> MELBOURNE, FL 32902-3378 | | | Consideration: Other | | | | 569.00 |
| ACCOUNT NO. <br><br> EMA EMERGENCY MEDICAL ASSOCIATES <br> PO BOX 747 <br> LIVINGSTON, NJ 07039 | | | Consideration: Other | | | | 2,583.00 |

Sheet no. __14__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        5,577.49

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Miller Health Care, LLC_____,     Case No. _____
          **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Embracing Hospice <br> 109 South Main Street <br> Cranbury, NJ 08512 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Embracing HospiceCare of NJ West LLC <br> 2101 Hwy 34 South Ste B <br> Wall, NJ 07719 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> ENCORE FLORIST & PALM HOUSE <br> 2307 S. BROAD STREET <br> HAMILTON, NJ 08610 | | | Consideration: Other | | | | 40.00 |
| ACCOUNT NO. <br><br> EPOWER ELECTRICAL CONTRACTORS <br> Cranbury, NJ 08512 | | | Consideration: Other | | | | 1,800.00 |
| ACCOUNT NO. <br><br> ERNEST KOSCIES | | | Consideration: Other | | | | 2,071.00 |

Sheet no. _15_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                          Subtotal ➤ | $ | 3,911.00

                               Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC _____ ,          Case No. _____

　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  EVANS AUDIOLOGY & HEARING AID CE 2657 NOTTINGHAM WAY MERCERVILLE, NJ 08619 | | | Consideration: Other | | | | 350.00 |
| ACCOUNT NO.  FDR Services Corp. One Ames Court. Ste 204 Plainview, NY 11803 | | | Consideration: Other | | | | 28,274.47 |
| ACCOUNT NO.  FDR SERVICES CORP. PO BOX 1010 PLAINVIEW, NY 11803 | | | Consideration: Other | | | | Notice Only |
| ACCOUNT NO.  FED EX PO BOX 371461 PITTSBURGH, PA 15250-7461 | | | Consideration: Other | | | | 83.75 |
| ACCOUNT NO.  FORD CREDIT BOX 220564 PITTSBURGH, PA 15257-2564 | | | Consideration: Other | | | | 1,030.42 |

Sheet no. __16__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 29,738.64

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC                              ,          Case No. _____
            **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fraser Advanced Info Systems<br>800 Walnut St<br>MAC F4031-040<br>Des Moines, IA 50309 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>FRASER-SUPPLIES<br>PO BOX 7<br>READING, PA 19603-0007 | | | Consideration: Other | | | | 427.00 |
| ACCOUNT NO.<br><br>G & C ELECTRONICS<br>317 CHURCH STREET<br>LAKEHURST, NJ 08733 | | | Consideration: Other | | | | 230.61 |
| ACCOUNT NO.<br><br>GENERAL HEALTHCARE RESOURCES<br>2250 Hickory Rd. Ste. 240<br>Plymouth Meeting, PA 19462 | | | Consideration: Other | | | | 6,000.00 |
| ACCOUNT NO.<br><br>Genesis Healthcare Corp<br>101 E. State St.<br>Kennett Square, PA 19348 | | | | | | | 0.00 |

Sheet no.   17   of   58   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    6,657.61

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC_____,    Case No. _____
         **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GENSERVE INC<br>998 TAUNTON AVENUE<br>WEST BERLIN, NJ 08091 | | | Consideration: Other | | | | 1,803.60 |
| ACCOUNT NO.<br><br>GENTELL<br>3600 BOUNDBROOK<br>TREVOSE, PA 19053 | | | Consideration: Other | | | | 2,715.91 |
| ACCOUNT NO.<br><br>GEORGE SINKLER<br>3008 LIMEKILM PIKE<br>NORTH HILLS, PA 19038 | | | Consideration: Other | | | | 420.00 |
| ACCOUNT NO.<br><br>GLOBAL MEDICAL<br>7024 TROY HILL DRIVE<br>SUITE N<br>ELKRIDGE, MD 21075 | | | Consideration: Other | | | | 222.00 |
| ACCOUNT NO.<br><br>GLUCK WALRATH<br>428 RIVER VIEW PLAZA<br>TRENTON, NJ 08611 | | | Consideration: Other | | | | 11,243.57 |

Sheet no. __18__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    16,405.08

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC                                    ,                 Case No. _____
                    **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Greenwood House Hospice<br>50 Walter St.<br>Ewing, NJ 08628 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>H&R HEALTHCARE<br>1750 OAK STREET<br>LAKEWOOD, NJ 08701 | | | Consideration: Other | | | | 2,777.72 |
| ACCOUNT NO.<br><br>HAMILTON ANESTHESIA ASSOC.<br>PO BOX 10439<br>TRENTON, NJ 08650 | | | Consideration: Other | | | | 47.60 |
| ACCOUNT NO.<br><br>HAMILTON CARDIOLOGY ASSOCIATES<br>2073 KLOCKNER ROAD<br>HAMILTON, NJ 08690 | | | Consideration: Other | | | | 1,420.37 |
| ACCOUNT NO.<br><br>HARRY J. LAWALL & SON, INC.<br>8028 FRANKFORD AVENUE<br>PHILADELPHIA, PA 19136 | | | Consideration: Other | | | | 2,239.51 |

Sheet no. __19__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   6,485.20

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Miller Health Care, LLC                              ,          Case No. _____
                         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HARTFORD STEAM BOILER<br>PO BOX 21045<br>CHICAGO, IL 60673 | | | Consideration: Other | | | | 50.00 |
| ACCOUNT NO.<br><br>HCANJ<br>4 AAA DRIVE SUITE 203<br>HAMILTON, NJ 08691-1803 | | | Consideration: Other | | | | 6,725.00 |
| ACCOUNT NO.<br><br>HCM GROUP LLC<br>40 VREELAND AVENUE<br>SUITE 101D<br>TOTOWA, NJ 07512 | | | Consideration: Other | | | | 9,989.71 |
| ACCOUNT NO.<br><br>HD SUPPLY FACILITIES MAINTENANCE<br>PO BOX 509058<br>SAN DIEGO, CA 92150-9058 | | | Consideration: Other | | | | 597.44 |
| ACCOUNT NO.<br><br>Healthcare Quality Strategies<br>557 Cranbury Rd Ste 21<br>E. Brunswick, NJ 08816 | | | | | | | 0.00 |

Sheet no.  20  of 58   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 17,362.15

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Miller Health Care, LLC_____,    Case No. _____
            **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HEALTHCARE SERVICES GROUP, INC <br> SUITE 300 <br> 3220 TILLMAN DRIVE <br> BENSALEM, PA 19020 | | | Consideration: Other | | | | 448,729.48 |
| ACCOUNT NO. <br><br> Heart and Soul Hospice <br> 104 Pension Rd <br> Englishtown, NJ 07726 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> HOLLAND INC. <br> HEATING & AIR CONDITIONING <br> 39 CONROW ROAD <br> DELRAN NJ 08075 | | | Consideration: Other | | | | 381.60 |
| ACCOUNT NO. <br><br> HORIZON BLUE CROSS BLUE SHIELD <br> PO BOX 1738 <br> NEWARK, NJ 07101-1738 | | | Consideration: Other | | | | Notice Only |
| ACCOUNT NO. <br><br> Horizon Blue Cross Blue Shield <br> Ste 1, 949 Raymond Blvd. <br> Newark, NJ 07105 | | | Consideration: Other | | | | 12,698.92 |

Sheet no. _21_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 461,810.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Miller Health Care, LLC_____,    Case No. _____
            **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Horizon Healthcare Svcs <br> Three Penn Plaza East <br> Newark, NJ 07105-2200 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Hospice of New Jersey <br> 400 Broadacres Dr 4th Fl <br> Bloomfield, NJ 07003 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> HUBCO HEALTH CARE GROUP <br> 130 PENNINGTON WASHINGTON CROSSING ROAD <br> Pennington, NJ 08534 | | | Consideration: Other | | | | 12,100.00 |
| ACCOUNT NO. <br><br> Integrated Health Admin Svcs <br> 141 Halstead Ave Ste 304 <br> Mamaroneck, NY 10543 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> INTERNAL REVENUE SERVICE <br> CINCINNATI OH 45999-0039 | | | Consideration: Other | | | | 610.91 |

Sheet no. __22__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    12,710.91

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Miller Health Care, LLC_____,     Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19114 | | | Consideration: Taxes | | | | Notice Only |
| ACCOUNT NO.<br><br>INTERNATIONAL HEALTHCARE VOLUNTEER | | | Consideration: Other | | | | 250.00 |
| ACCOUNT NO.<br><br>Invacare Corporation<br>POB 4028<br>Elyria, OH 44036 | | | | | | | 0.00 |
| ACCOUNT NO.  J5704<br><br>Iron Mountain Information Mgmt<br>3433 Progress Drive<br>Bensalem, PA 19020 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>JAFFE & ASHER LLP<br>600 THIRD AVENUE<br>9TH FLOOR<br>NEW YORK, NY 10016-1901 | | | Consideration: Other | | | | 200.00 |

Sheet no. __23__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $        450.00

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____ ,          Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JAMES TAITSMAN<br>123 FRANKLIN CORNER ROAD<br>LAWRENCEVILLE, NJ 08648 | | | Consideration: Other | | | | 438.40 |
| ACCOUNT NO.<br><br>JAY MALLETT<br>28 JACOBS CORNER ROAD<br>EWING, NJ 08628 | | | Consideration: Other | | | | 100.00 |
| ACCOUNT NO.<br><br>JERRY CASTALDO<br>3 GREENWICH DRIVE<br>HIGH BRIDGE, NJ 08829-1607 | | | Consideration: Other | | | | 225.00 |
| ACCOUNT NO.<br><br>JOHN PATRICK PUBLISHING COMPANY<br>PO BOX 5469<br>TRENTON, NJ 08638-0469 | | | Consideration: Other | | | | 1,310.00 |
| ACCOUNT NO.<br><br>Jose Diaz<br>396 Holly Dr.<br>Levittown, PA 19055 | | | Consideration: Other | | | | 600.00 |

Sheet no. __24__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ 2,673.40

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Miller Health Care, LLC_____,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Joyce Tulloch<br>857 E. State St.<br>Trenton, NJ 08609 | | | Consideration: Other | | | | 1,076.15 |
| ACCOUNT NO.<br>KAUFMAN DOLOWICH & VOLUCK LLP<br>135 CROSSWAYS PARK DRIVE<br>SUITE 201<br>WOODBURY, NY 1179 | | | Consideration: Other | | | | 585.00 |
| ACCOUNT NO.<br>KEN JOHNSTONE<br>125 ELMWOOD ROAD<br>FAIRLESS HILLS, PA 19030 | | | Consideration: Other | | | | 135.00 |
| ACCOUNT NO.<br>KODIAK SYSTEMS<br>PO BOX 786436<br>PHILADELPHIA, PA 19178-6436 | | | Consideration: Other | | | | 1,805.40 |
| ACCOUNT NO.<br>L & I ELECTRIC<br>PO BOX 3243<br>PRINCETON, NJ 08543 | | | Consideration: Other | | | | 80.25 |

Sheet no. __25__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        3,681.80

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC_____,      Case No. _____
        **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LA HAIR<br>733 BIRCH AVENUE<br>PENNDEL, PA 19047 | | | Consideration: Other | | | | 4,884.80 |
| ACCOUNT NO.<br><br>LAWRENCE ORTHOPAEDICS<br>4065 QUAKERBRIDGE ROAD<br>PRINCETON JUMCTION, NJ 08550 | | | Consideration: Other | | | | 198.00 |
| ACCOUNT NO.<br><br>LAWRENCE TOWNSHIP TAX COLLECTOR<br>PO BOX 6006<br>LAWRENCEVILLE, NJ 08648 | | | Consideration: Other | | | | Notice Only |
| ACCOUNT NO.<br><br>Lawrence Twp Board of Ed<br>2565 Princeton Pike<br>Lawrenceville, NJ 08648 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Lawrence Twp Tax Collector<br>2207 Lawrence Road<br>Lawrence Twp, NJ 08648 | | | Consideration: Other | | | | 103,279.68 |

Sheet no. __26__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    108,362.48

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC                                            ,                     Case No. _____
                          **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lawrenceville Nursing Home c/o Frank C. Puzio, President 231 Lambert Drive Princeton, NJ 08540 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Consideration: Represents creditor | | | | |
| Lawrenceville Nursing Home, Inc. Attn: Carl J. Soranno, Esq. Brach Eichler LLC 101 Eisenhower Pkwy Roseland, NJ 07068 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Represents creditor | | | | |
| Lawrenceville Nursing Home, Inc. Attn: Stark & Stark, Rachel Stark, Esquire 993 Lenox Drive, Building Two Lawrenceville, NJ 08648 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| LAWRENCEVILLE RECREATION DEPT. PO Box 6006 Lawrenceville, NJ 08648 | | | | | | | 120.00 |
| ACCOUNT NO. | | | | | | | |
| Lawrenceville Urology PA 3120 Princeton Pike Lawrenceville, NJ 08648 | | | | | | | 0.00 |

Sheet no. __27__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $            120.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Other | | | | |
| LEADING EDGE CUTLERY SERVICE 318 9TH STREET FAIRVIEW, NJ 07022 | | | | | | | 11.77 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| Leila Evans 378 Reservoir St. Trenton, NJ 08618 | | | | | | | 740.93 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| LESA ALDRIDGE 1212 BEAR TAVERN ROAD TITUSVILLE, NJ 08560 | | | | | | | 3,775.00 |
| ACCOUNT NO. | | | | | | | |
| LIFE St. Francis 1435 Liberty St. Hamilton, NJ 08629 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| LIFE SYSTEMS INC 7320 CENTRAL AVENUE SAVANNAH GA 31406 | | | | | | | 7,686.45 |

Sheet no. __28__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   12,214.15

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC_____,        Case No. _____
                **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LINDA CUMBUS <br> 52 CHAMBORD CT. <br> HAMILTON, NJ 08619 | | | Consideration: Other | | | | 57.15 |
| ACCOUNT NO. <br><br> LINGUISYTEMS <br> 3100 4TH AVENUE EAST <br> MOLINE, IL 61244-9700 | | | Consideration: Other | | | | 449.00 |
| ACCOUNT NO. <br><br> LIQUIDPOSH <br> 575 EASTON AVENUE - 15L <br> SOMERSET, NJ 08873 | | | Consideration: Other | | | | 162.50 |
| ACCOUNT NO. <br><br> Lourdes Lodovica <br> 184 Cypress Lane <br> Hamilton, NJ 08619 | | | Consideration: Other | | | | 10.00 |
| ACCOUNT NO. <br><br> LTC CONSULTING SERVICES <br> 7 RANDOLPH ROAD <br> HOWELL, NJ 07731 | | | Consideration: Other | | | | 30,000.00 |

Sheet no. __29__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   30,678.65

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC                                    ,          Case No. _____
         **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Other | | | | |
| M & M MEDICAL EQUIPMENT REPAIR PO BOX 604 BEAVERDALE, PA 15921 | | | | | | | 1,136.50 |
| ACCOUNT NO. | | | | | | | |
| Marcus & Millichap 270 Madison Ave # 7 New York, NY 10016-0601 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| MARSHALL INDUSTRIAL TECHNOLOGIES 529 South Clinton Avenue Trenton, NJ 08611 | | | | | | | 2,500.00 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| MARTHA DAVIS | | | | | | | 195.13 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| MDI ACHIEVE PO BOX 86 MINNEAPOLIS MN 55486-2905 | | | | | | | 4,606.00 |

Sheet no. __30__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   8,437.63

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC_____,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MEDCARE LLC<br>3535 ROUTE 66 BUILDING 3<br>NEPTUNE, NJ 07753-2624 | | | Consideration: Other | | | | 692.24 |
| ACCOUNT NO.<br><br>MEDEAST POST-OP & SURGICAL<br>PO BOX 822796<br>PHILADELPHIA, PA 19182-2796 | | | Consideration: Other | | | | 243.20 |
| ACCOUNT NO.<br><br>Medi-EMR LLC<br>90 Washington Valley Road<br>Bedminster, NJ 07921 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>MEDI-TRANSPORT OF NJ<br>2595 EAST STATE STREET<br>HAMILTON, NJ 08619 | | | Consideration: Other | | | | 5,539.25 |
| ACCOUNT NO.<br><br>MEDICAL REPAIR CENTER, INC.<br>432 LICOLN BLVD.<br>MIDDLESEX, NJ 08846 | | | Consideration: Other | | | | 136.43 |

Sheet no. __31__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,611.12
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Miller Health Care, LLC_____,     Case No. _____
       **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MEDICAL SOLUTIONS GROUP INC<br>1 HEWITT SQUARE #123<br>EAST NORTHPORT, NY 11731 | | | Consideration: Other | | | | 9,579.50 |
| ACCOUNT NO.<br><br>MEDICOM, LLC<br>1090 CONEY ISLAND AVE<br>SUITE 202<br>BROOKLYN, NY 11230 | | | Consideration: Other | | | | 3,324.78 |
| ACCOUNT NO.<br><br>Medline Industries Inc.<br>One Medline Place<br>Mundelein, IL 60060 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Melissa Guglielmo<br>27 Village Drive<br>Yardville, NJ 08620 | | | Consideration: Other | | | | 240.00 |
| ACCOUNT NO.<br><br>MERCER BUCKS ORTHOPAEDICS<br>PO BOX 8095<br>LANCASTER, PA 17604-8095 | | | Consideration: Other | | | | 30.94 |

Sheet no. __32__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    13,175.22

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC                              ,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mercer County Comm College PO Box B Trenton, NJ 08690 | | | | | | | 0.00 |
| ACCOUNT NO. Mercer County Technical Schools 1085 Old Trenton Rd. Trenton, NJ 08690 | | | | | | | 0.00 |
| ACCOUNT NO. Mercer County Vo-Tech 1085 Old Trenton Rd. Trenton, NJ 08619 | | | | | | | 0.00 |
| ACCOUNT NO. MERCER FIRE PROTECTION 527 MULBERRY STREET TRENTON, NJ 08638 | | | Consideration: Other | | | | 1,846.50 |
| ACCOUNT NO. MERCER-BUCKS ORTHOPAEDICS PO BOX 848228 BOSTON, MA 02284-8228 | | | Consideration: Other | | | | 72.08 |

Sheet no. __33__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ► | $ | 1,918.58 |
| Total ► | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC _____ ,         Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Other | | | | |
| METIS GROUP, LLC 14 PENN PLAZA SUITE 1800 NEW YORK, NY 10122 | | | | | | | 7,250.00 |
| ACCOUNT NO. | | | | | | | |
| Metropolitan Foods Inc dba Driscoll Foods 174 Delawanna Ave. Clifton, NJ 07011 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| MICHAEL LAZAR 532 OLD MARLTON PIKE WEST PMB#106 MARLTON, NJ 08053 | | | | | | | 150.00 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| Michena Auguste Ulysse 1204 Hamilton Ave. Trenton, NJ 08629 | | | | | | | 244.15 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| MIDCO WASTE SYSTEMS 5 INDUSTRIAL DRIVE NEW BRUNSWICK, NJ 08901 | | | | | | | 16,058.71 |

Sheet no. _34_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    23,702.86

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC_____,      Case No. _____
                      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MIDWAY INDUSTRIES<br>PO BOX 370<br>REISTERSTOWN, MD 21136 | | | Consideration: Other | | | | 2,649.33 |
| ACCOUNT NO.<br><br>Mobilex USA<br>930 Ridgebrook Rd 3rd Fl<br>Sparks Glencoe, MD 21152-9390 | | | Consideration: Other | | | | 13,402.36 |
| ACCOUNT NO.<br><br>MONROE MEDICAL SUPPLIES<br>2715 ROUTE 130<br>SOUTH CRANBURY, NJ 08512 | | | Consideration: Other | | | | 375.00 |
| ACCOUNT NO.<br><br>MOONEY GENERAL PAPER CO<br>1451 CHESTNUT AVENUE<br>PO BOX 3800<br>HILLSIDE, NJ 07205 | | | Consideration: Other | | | | 349.23 |
| ACCOUNT NO.<br><br>NATIONAL CARE SYSTEMS<br>170 53RD STREET<br>BROOKLYN, NY 11232 | | | Consideration: Other | | | | 7,250.00 |

Sheet no. _35_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    24,025.92

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC
_____,          Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NATIONAL DATACARE CORP <br> PO BOX 222430 <br> CHANTILLY, VA 20153-2430 | | | Consideration: Other | | | | 1,886.45 |
| ACCOUNT NO. <br><br> NATIONAL INDUSTRIES <br> 2727 PHILMONT AVENUE <br> UNIT 340 <br> HUNTINGDON VALLEY PA | | | Consideration: Other | | | | 229.74 |
| ACCOUNT NO. <br><br> NATIONAL NUTRITION INC <br> PO BOX 5383 <br> 2733 LITITZ PIKE <br> LANCASTER, PA 17606-538 | | | Consideration: Other | | | | 1,105.00 |
| ACCOUNT NO. <br><br> NEW HAMPSHIRE INSURANCE CO <br> PO BOX 13706 <br> NEWARK, NJ 07188 | | | Consideration: Other | | | | 109.64 |
| ACCOUNT NO. <br><br> NEW JERSEY LABOR LAW POSTER SERV <br> 5859 W SAGINAW HWY. #3443 <br> LANSING, MI 48917-2460 | | | Consideration: Other | | | | 132.25 |

Sheet no.  36  of  58   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        3,463.08

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____,                Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NEW JERSEY SURGERY CENTER "1225 WHITEHORSE-MERCERVILLE RD BLDG D, SUITE 209 ME" | | | Consideration: Other | | | | 130.90 |
| ACCOUNT NO.<br><br>Nilesh Rana, MD<br>1531 Buck Creek Drive<br>Yardley, PA 19067 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>NINA'S | | | Consideration: Other | | | | 160.00 |
| ACCOUNT NO.<br><br>NJ DIVISION OF FIRE SAFETY<br>PO BOX 809<br>TRENTON, NJ 08625-0809 | | | Consideration: Other | | | | 1,321.00 |
| ACCOUNT NO.<br><br>NJ Eastern Star Home<br>111 Finderne Ave.<br>Bridgewater, NJ 08807 | | | | | | | 0.00 |

Sheet no. _37_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,611.90

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC                                ,        Case No. _____
                        **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | Consideration: Other | | | | |
| NJ Nursing Home Provider Assessment NJ Div of Taxation 50 Barrack Street Trenton, NJ 08695-0198 | | | | | | | 185,290.32 |
| **ACCOUNT NO.** | | | Consideration: Other | | | | |
| NJ Nursing Home Provider Assessment NJ Div of Taxation Rev Processing Ctr PO Box 646 Trenton, NJ 08646 | | | | | | | Notice Only |
| **ACCOUNT NO.** | | | Consideration: Other | | | | |
| NJAHSA 13 ROSZEL ROAD SUITE C-200 PRINCETON, NJ 08540 | | | | | | | 200.00 |
| **ACCOUNT NO.** | | | Consideration: Other | | | | |
| NJAPA | | | | | | | 235.00 |
| **ACCOUNT NO.** | | | Consideration: Other | | | | |
| NOLAN WILLENCE CLASSICAL GUITARI 476 B BUCKINGHAM DRIVE MANCHESTER, NJ 08759 | | | | | | | 75.00 |

Sheet no. __38__ of __58__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $   185,800.32

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC                                    ,        Case No. _____
                    **Debtor**                                                                        **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Other | | | | |
| NUTRITION PLUS 40 VREELAND AVENUE SUITE 101D TOTOWA, NJ 07512 | | | | | | | 6,501.00 |
| ACCOUNT NO. | | | | | | | |
| Odyssey HealthCare Operatin B, LP 242 Old New Brunswick Rd Ste 140 Piscataway, NJ 08854 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| OLIVER SPRINKLER CO, INC 501 FEHELEY DRIVE KING OF PRUSSIA, PA 19406-2690 | | | | | | | 1,119.30 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| OMEGA ENVIORNMENTAL SERVICES INC 280 HUYLER STREET SOUTH HACKENSACK, NJ 07606 | | | | | | | 7,288.92 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| ON-SITE HEALTH SERVICES 413 GERMANTOWN PIKE LAFAYETTE HILL, PA 19444 | | | | | | | 165.00 |

Sheet no. __39__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,074.22

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____,                    Case No. _____
                        **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ONE STOP FINANCIAL SERVICES<br>1403 Oak Circle<br>Lansdale, PA 19446-6076 | | | Consideration: Other | | | | 25.00 |
| ACCOUNT NO.<br><br>Our Town<br>POB 3462<br>Mercerville, NJ 08619 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>PARTNERS PHARMACY<br>70 JACKSON DRIVE<br>CRANFORD, NJ 07016 | | | Consideration: Other | | | | 678,880.71 |
| ACCOUNT NO.<br><br>PATIENT CARE ASSOCIATES INC<br>141 HALSTEAD AVE<br>MAMARONECK, NY 10543 | | | Consideration: Other | | | | 964.19 |
| ACCOUNT NO.<br><br>PAULA KROSNICK<br>1505 8TH STREET NW<br>HICKORY, NC 28601 | | | Consideration: Other | | | | 57.98 |

Sheet no. __40__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 679,927.88

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC _____,        Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Petro <br> 2187 Atlantic St. <br> Stamford, CT 06902 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> PHARMCARE USA <br> 95 NEWFIELD AVENUE SUITE B <br> EDISON, NJ 08837 | | | Consideration: Other | | | | 87,504.53 |
| ACCOUNT NO. <br><br> PHILIP ROSENAU CO, INC <br> PO BOX 7777 <br> PHILADELPHIA, PA 19175-0739 | | | Consideration: Other | | | | 1,222.20 |
| ACCOUNT NO. <br><br> PHONE OWNERS GROUP <br> 1790 ROUTE 70 EAST <br> CHERRY HILL, NJ 08003 | | | Consideration: Other | | | | 232.73 |
| ACCOUNT NO. <br><br> PHYSIATRY MANAGEMENT SERVICES <br> "3111 ROUTE 38, #11 PMB 120 <br> MOUNT LAUREL, NJ 08054" | | | Consideration: Other | | | | 6,000.00 |

Sheet no. __41__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    94,959.46

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Miller Health Care, LLC                                    ,          Case No. _____
                   **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Physician Sales & Service<br>4345 Southpoint Boulevard<br>Jacksonville, FL 32216 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>PHYSIO-CONTROL, INC<br>12100 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | | Consideration: Other | | | | 359.81 |
| ACCOUNT NO.<br><br>PIEDMONT AVIARIES INC<br>9049 GREEN ROAD<br>WARRENTON, VA 20187 | | | Consideration: Other | | | | 2,029.30 |
| ACCOUNT NO.<br><br>PITNEY BOWES<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 | | | Consideration: Other | | | | 2,748.79 |
| ACCOUNT NO.<br><br>Prime HealthCare Staffing<br>27240 Haggerty Rd, E-15<br>Farmington Hills, MI 48331 | | | | | | | 0.00 |

Sheet no.  42  of  58  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,137.90

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____,          Case No. _____
           **Debtor**                                                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PRIME REHABILITATION SERVICES<br>220 WHITE PLAINS ROAD SUITE 550<br>TARRYTOWN, NY 10591 | | | Consideration: Other | | | | 526,559.29 |
| ACCOUNT NO.<br><br>PRIMEDICA, INC.<br>3500 FINANCIAL PLAZA SUITE 200<br>TALLAHASSEE, FL 32312 | | | Consideration: Other | | | | 318.45 |
| ACCOUNT NO.<br><br>PRINCETON HEALTH CARE SYSTEM FOU<br>253 WITHERSPOON STREET<br>PRINCETON, NJ 08540 | | | Consideration: Other | | | | 584.00 |
| ACCOUNT NO.<br><br>PRINCETON HEALTHCARE SYSTEM<br>253 WITHERSPOON STREET<br>PRINCETON, NJ 08540 | | | Consideration: Other | | | | 1,194.44 |
| ACCOUNT NO.<br><br>PRINCETON PACKET<br>300 WITHERSPOON STREET PO BOX AJ<br>PRINCETON, NJ 08542 | | | Consideration: Other | | | | 364.59 |

Sheet no. __43__ of __58__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 529,020.77

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____,        Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PRINCETON RADIOLOGY<br>3674 ROUTE 27<br>KENDALL PARK, NJ 08824 | | | Consideration: Other | | | | 1,263.98 |
| ACCOUNT NO.<br><br>PRINCETON REGIONAL CHAMBER OF CO<br>9 VANDEVENTER AVENUE<br>PRINCETON, NJ 08542 | | | Consideration: Other | | | | 662.50 |
| ACCOUNT NO.<br><br>PRINCETON REGIONAL ORTHO<br>256 BUNN DRIVE<br>PRINCETON, NJ 08540 | | | Consideration: Other | | | | 65.48 |
| ACCOUNT NO.<br><br>Prinetonian Graphics Inc.<br>45 Stouts Lane Ste 4<br>Monmouth Junction, NJ 08852 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>PSE&G Co Electric<br>8 Lyndon Dr.<br>Hillsborough, NJ 08844-3033 | | | Consideration: Other | | | | 42,258.57 |

Sheet no. __44__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 44,250.53

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC_____,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PSE&G CO ELECTRIC <br> PO BOX 14101 <br> NEW BRUNSWICK, NJ 08906-4101 | | | Consideration: Other | | | | Notice Only |
| ACCOUNT NO. <br><br> PSE&G GAS <br> PO BOX 14104 <br> NEW BRUNSWICK, NJ 08906-4104 | | | Consideration: Other | | | | 4,396.41 |
| ACCOUNT NO. <br><br> PULMONARY MANAGEMENT INC <br> 1985 EAST STATE STREET EXT <br> HAMILTON, NJ 08619 | | | Consideration: Other | | | | 195.00 |
| ACCOUNT NO. <br><br> PURCHASE POWER <br> PO BOX 856042 <br> LOUISVILLE, KY 40285-6042 | | | Consideration: Other | | | | 1,687.38 |
| ACCOUNT NO. <br><br> QUALI-TEE <br> 657 Rte 28 # 2 <br> West Yarmouth, MA 02673-5034 | | | Consideration: Other | | | | 291.23 |

Sheet no.  45  of  58  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,570.02

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC_____,    Case No. _____
             **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RAYMOND H. VALENTINO<br>244 PROBASCO ROAD<br>EAST WINDSOR, NJ 08520 | | | Consideration: Other | | | | 300.00 |
| ACCOUNT NO.<br><br>RECOVER CARE<br>KEY BANK LOCK BOX # 713222<br>895 CENTRAL AVE, STE 600 | | | Consideration: Other | | | | 11,459.75 |
| ACCOUNT NO.<br><br>RESIDENT FAMILY MEALS | | | Consideration: Other | | | | 130.00 |
| ACCOUNT NO.<br><br>RESPIRATORY HEALTH SERVICES<br>PO BOX 7247 7480<br>PHILADELPHIA, PA 19170-7480 | | | Consideration: Other | | | | 10,904.96 |
| ACCOUNT NO.<br><br>RETRIEVEX<br>PO BOX 415938<br>BOSTON, MA 02241-5938 | | | Consideration: Other | | | | 392.60 |

Sheet no. _46_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 23,187.31

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Miller Health Care, LLC_____,        Case No. _____
                          **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> RHONDA HUGHES | | | Consideration: Other | | | | 69.31 |
| ACCOUNT NO. <br><br> Rite-Air Mechanical <br> 109 Edgewood Ave. <br> Bellmawr, NJ 08031 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> ROBERT MATTEO <br> PO BOX 52 <br> WASHINGTON, NJ 07882 | | | Consideration: Other | | | | 5.00 |
| ACCOUNT NO. <br><br> Rossi Psychological Group PA <br> 62 E. Main St. <br> Somerville, NJ 08876 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> SALADWORKS <br> Eight Tower Bridge <br> 161 Washington St, Ste 300 <br> Conshohocken, PA 19428 | | | Consideration: Other | | | | 61.15 |

Sheet no. __47__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        135.46

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Miller Health Care, LLC_____,        Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SAMMONS PRESTON<br>PO BOX 93040<br>CHICAGO, IL 60673-3040 | | | Consideration: Other | | | | 42.94 |
| ACCOUNT NO.<br><br>SANITARY LINEN SUPPLY<br>1100 6TH AVENUE<br>NEPTUNE, NJ 07753 | | | Consideration: Other | | | | 1,694.36 |
| ACCOUNT NO.<br><br>SEA BAY GAME CO.<br>77 CLIFFWOOD AVE STE 1-D<br>CLIFFWOOD, NJ 07721 | | | Consideration: Other | | | | 227.28 |
| ACCOUNT NO.<br><br>Select Medical Corporation<br>4714 Gettysburg Road<br>Mechanicsburg, PA 17055 | | | Consideration: Other | | | | 263,720.60 |
| ACCOUNT NO.<br><br>SELECT MEDICAL REHABILITATION SE<br>PO BOX 643920<br>PITTSBURGH, PA 15264 | | | Consideration: Other | | | | Notice Only |

Sheet no. __48__ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        265,685.18

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC_____ ,          Case No. _____
　　　　　　　　**Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SERVICE PORT REFRIGERATION<br>340-A ANDREWS ROAD<br>TREVOSE, PA 19053 | | | Consideration: Other | | | | 738.62 |
| ACCOUNT NO.<br><br>SHRED IT<br>796 HAUNTED LANE<br>BENSALEM, PA 19020 | | | Consideration: Other | | | | 645.96 |
| ACCOUNT NO.<br><br>SINGER EQUIPMENT COMPANY<br>"MITNICK & MALZBERG, P.C. PO<br>BOX 429<br>FRENCHTOWN, NJ 0" | | | Consideration: Other | | | | 42.08 |
| ACCOUNT NO.<br><br>ST. FRANCIS MEDICAL CENTER<br>PO BOX 827800<br>PHILADELPHIA, PA 19182 | | | Consideration: Other | | | | 169.62 |
| ACCOUNT NO.<br><br>STEPHEN A. COBELL, LLC<br>1234 ROUTE 23<br>NORTH BUTLER, NJ 07405 | | | Consideration: Other | | | | 275.00 |

Sheet no.  49  of  58  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　1,871.28

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC_____,     Case No. _____
             **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> STERICYCLE INC <br> PO BOX 9001590 <br> LOUISVILLE, KY 40290-1590 | | | Consideration: Other | | | | 1,050.45 |
| ACCOUNT NO. <br><br> STERN MOBILE FIELD OFFICES, INC <br> PO BOX 218 <br> FARMINGDALE, NJ 07727 | | | Consideration: Other | | | | 190.80 |
| ACCOUNT NO. <br><br> Steven A. Cobell, LLC <br> 1234 Rt. 23 North <br> Butler, NJ 07405 | | | Consideration: Professional Fees | X | X | X | Unknown |
| ACCOUNT NO. <br><br> SUCCESSFUL TITLE AGENCY <br> 809 RIVER AVE <br> LAKEWOOD, NJ 08701 | | | Consideration: Other | | | | 180.00 |
| ACCOUNT NO. <br><br> SUE MILLER <br> 106 DRUMMOND DRIVE <br> PENNINGTON, NJ 08534 | | | Consideration: Other | | | | 670.00 |

Sheet no. _50_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,091.25

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC                                    ,          Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SUMMIT SOFTWARE INC<br>85 BROADWAY SUITE F<br>AMITYVILLE, NY 11701 | | | Consideration: Other | | | | 656.25 |
| ACCOUNT NO.<br><br>SUNSHINE FOUNDATION<br>PO BOX 55130<br>TRENTON, NJ 08638-6130 | | | Consideration: Other | | | | 350.00 |
| ACCOUNT NO.<br><br>SUPERIOR LAMP INC<br>PO BOX 566<br>MOORHEAD MN 56561-0566 | | | Consideration: Other | | | | 344.30 |
| ACCOUNT NO.<br><br>Symphony Diagnostic Svcs<br>185 Witmer Road<br>Horsham, PA 19044 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>TAENZER,ETTENSON,STOCKTON & ABER<br>123 NORTH CHURCH STREET PO BOX 237<br>MOORESTOWN, NJ 08 | | | Consideration: Other | | | | 250.00 |

Sheet no. _51_ of _58_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        1,600.55

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Miller Health Care, LLC_____,    Case No. _____
         **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TAYLOR RENTAL<br>448 Broadway<br>Hillsdale, NJ 07642 | | | Consideration: Other | | | | 580.64 |
| ACCOUNT NO.<br><br>TEAMSTERS LOCAL 35 HEALTH FUND<br>620 US ROUTE 130<br>YARDVILLE, NJ 08691 | | | Consideration: Other | | | | 39,333.75 |
| ACCOUNT NO.<br><br>TEAMSTERS LOCAL 35 PENSION FUND<br>620 US ROUTE 130<br>YARDVILLE, NJ 08691 | | | Consideration: Other | | | | 17,330.00 |
| ACCOUNT NO.<br><br>TEAMSTERS LOCAL 35 UNION DUES<br>620 US ROUTE 130<br>YARDVILLE, NJ 08691 | | | Consideration: Other | | | | 0.50 |
| ACCOUNT NO.<br><br>TEICH GROH<br>691 STATE HIGHWAY #33<br>TRENTON, NJ 08619-4492 | | | Consideration: Other | | | | 4,768.80 |

Sheet no. __52__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    62,013.69

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC_____,          Case No. _____
             **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> The Corporate Health Center <br> 832 Brunswick Ave. <br> Trenton, NJ 08638 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> THE FLAG KEEPERS <br> 1108 LEE STREET <br> KANNAPOLIS, NC 28081 | | | Consideration: Other | | | | 5.00 |
| ACCOUNT NO. <br><br> The Lawrence Ledger <br> P.O. Box 350 <br> Princeton, NJ 08542 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> THE PHONEOWNERS GROUP <br> 1790 ROUTE 70 EAST <br> CHERRY HILL, NJ 08003 | | | Consideration: Other | | | | 299.60 |
| ACCOUNT NO. <br><br> THE PRINCETON PACKET <br> PO BOX AJ <br> PRINCETON, NJ 08542-0116 | | | Consideration: Other | | | | 281.61 |

Sheet no. __53__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $       586.21

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____,          Case No. _____
                 **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Star-Ledger<br>1 Star-Ledger Plaza<br>Newark, NJ 07101 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>THE TIMES<br>PO BOX 5757<br>HICKSVILLE, NY 11802-5757 | | | Consideration: Other | | | | 1,378.16 |
| ACCOUNT NO.<br><br>THE TIMES ADVERTISING<br>PO BOX 5710<br>HICKSVILLE, NY 11802-5710 | | | Consideration: Other | | | | 950.60 |
| ACCOUNT NO.<br><br>THE TRENTONIAN<br>ACCOUNTS RECEIVABLE PO BOX 231<br>TRENTON, NJ 08602-023 | | | Consideration: Other | | | | 282.42 |
| ACCOUNT NO.<br><br>TIFFANY MOSS | | | Consideration: Other | | | | 365.67 |

Sheet no. __54__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  2,976.85

Total ➤  |  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Miller Health Care, LLC                                    ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TREASURER STATE OF NJ<br>P. O. Box 002<br>Trenton, NJ 08625-0002 | | | Consideration: Other | | | | 255.00 |
| ACCOUNT NO.<br><br>TRENTON ORTHOPAEDIC GROUP<br>PO BOX 850052173<br>PHILADELPHIA, PA 19178-2173 | | | Consideration: Other | | | | 2,310.39 |
| ACCOUNT NO.<br><br>TRENTON THUNDER BASEBALL<br>1 Thunder Road<br>Trenton, NJ 08611 | | | Consideration: Other | | | | 769.00 |
| ACCOUNT NO.<br><br>TRENTON WATER WORKS<br>PO BOX 528<br>TRENTON, NJ 08604-0528 | | | Consideration: Other | | | | 10,157.64 |
| ACCOUNT NO.<br><br>ULTRASOUND SERVICES INC<br>27 BLACKSMITH ROAD- #200<br>NEWTOWN, PA 18940 | | | Consideration: Other | | | | 155.32 |

Sheet no. __55__ of __58__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 13,647.35

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Miller Health Care, LLC                              ,          Case No. _____
                      **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Other | | | | |
| UNITED FEDERATED SYSTEMS INC<br>40 VREELAND AVENUE SUITE 105<br><br>TOTOWA, NJ 07512 | | | | | | | 346.00 |
| ACCOUNT NO. | | | | | | | |
| Uroskills Urology PC<br>151 Fries Mill Road # 301<br>Blackwood, NJ 08012-2016 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| US MARKETING<br>40-14 24TH STREET<br>LONG ISLAND CITY, NY 11101 | | | | | | | 11.98 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| US POST ACUTE SERVICE SOLUTIONS<br>2029 MORRIS AVENUE SUITE 2<br>UNION, NJ 07083 | | | | | | | 53,714.00 |
| ACCOUNT NO. | | | Consideration: Other | | | | |
| VERIZON<br>PO BOX 4833<br>TRENTON, NJ 08650-4833 | | | | | | | 159.65 |

Sheet no. _56_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 54,231.63

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Miller Health Care, LLC                            ,        Case No. _____
           **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VERIZON WIRELESS <br> PO BOX 25505 <br> LEHIGH VALLEY, PA 18002-5505 | | | Consideration: Other | | | | 4,237.93 |
| ACCOUNT NO. <br><br> VERIZON/DUBOW <br> PO BOX 4830 <br> TRENTON, NJ 08650-4830 | | | Consideration: Other | | | | 101.55 |
| ACCOUNT NO. <br><br> VNA Home Care of Mercer County <br> 171 Jersey St. <br> Trenton, NJ 08611 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> WB MASON <br> 59 CENTRE STREET <br> BROCKTON, MA 02301-4014 | | | Consideration: Other | | | | 584.66 |
| ACCOUNT NO. <br><br> Weigh to Go LLC <br> 1339 Ells Mill Road <br> Mullica Hill, NJ 08062 | | | | | | | 0.00 |

Sheet no. _57_ of _58_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    4,924.14

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Miller Health Care, LLC_____ ,          Case No. _____
_____
                  **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WELCO <br> PO BOX 7777 <br> PHILADELPHIA, PA 19175-2075 | | | Consideration: Other | | | | 1,454.96 |
| ACCOUNT NO. <br><br> WILLIAM GARFINKLE <br> 89 BROWNING ROAD <br> SHORT HILLS, NJ 07078 | | | Consideration: Other | | | | 300.00 |
| ACCOUNT NO. <br><br> WOUND CARE CONCEPTS <br> 2701 BARTRAM ROAD <br> BRISTOL, PA 19007 | | | Consideration: Other | | | | 3,674.36 |
| ACCOUNT NO. <br><br> WOUND HEALING TECHNOLOGIES <br> 1901 JOHN P DEVANEY BLVD <br> BROOKLYN, NY 11215 | | | Consideration: Other | | | | 2,814.30 |
| ACCOUNT NO. <br><br> ZEP MANUFACTURING COMPANY <br> PO BOX # 3338 <br> BOSTON, MA 02241-3338 | | | Consideration: Other | | | | 224.08 |

Sheet no.  58  of  58  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   8,467.70

Total ▶   $   3,132,483.62

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**B6G (Official Form 6G) (12/07)**

In re  Miller Health Care, LLC _____    Case No. _____
                **Debtor**                                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Lawrenceville Nursing Home, Inc. <br> Attn: Stark & Stark, Rachel Stark, Esquire <br> 993 Lenox Drive, Building Two <br> Lawrenceville, NJ 08648 | Lease for business <br><br> Lease on nonresidential real property |
| Lawrenceville Nursing Home <br> c/o Frank C. Puzio, President <br> 231 Lambert Drive <br> Princeton, NJ 08540 | Lease for business <br><br> Lease on nonresidential real property |
| Lawrenceville Nursing Home, Inc. <br> Attn: Carl J. Soranno, Esq. <br> Brach Eichler LLC <br> 101 Eisenhower Pkwy <br> Roseland, NJ 07068 | Lease for business <br><br> Lease on nonresidential real property |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

B6H (Official Form 6H) (12/07)

In re   Miller Health Care, LLC                                    Case No. _____
              **Debtor**                                                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## DISTRICT OF NEW JERSEY

In re    Miller Health Care, LLC

_____

Debtor

Case No.    _____

Chapter    __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $          0.00 | | |
| B – Personal Property | YES | 3 | $    455,462.25 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $      6,544.43 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 59 | | $ 3,132,483.62 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $          0.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $          0.00 |
| TOTAL | | 71 | $    455,462.25 | $ 3,139,028.05 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

# United States Bankruptcy Court
## DISTRICT OF NEW JERSEY

In re    Miller Health Care, LLC                                    Case No. _____
                        Debtor

                                                                    Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4.  Total from Schedule F | | $    N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

In re _____    Case No. _____
                    Miller Health Care, LLC
                          **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date _____    Signature: _____
                                                                        Debtor


Date _____    Signature: _____
                                                                (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,                       Social Security No.
of Bankruptcy Petition Preparer                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
    Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___Managing Member_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Miller Health Care, LLC_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __73___ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.


Date ___June 18, 2011_____    Signature: ___/s/ Thomas Miller_____

                                                        THOMAS MILLER
                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re  Miller Health Care, LLC

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2011 | 49,400 | Employment, all figures estimated. |
| 2010 | 169,000 | |
| 2009 | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**2.   Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                         SOURCE

---

**3.  Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Accounts Payable List to be Supplied

None

☒

*c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Various | | | |
| Partners Pharmacy | Civil | NJ Superior Court | Pending |
| Prime Rehabilitation Services, Inc. | Civil | NJ Superior Court | Pending |

None

☒

b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None

☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒        preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
         any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
         and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒        one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
         chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
         is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒        this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
         family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
         under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
         joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒        commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
         or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
         spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Subranni Zauber LLC<br>1624 Pacific Avenue<br>POB 1913<br>Atlantic City, NJ 08404 | May 26, 2011 | $15,000.00 |
| Subranni Zauber LLC<br>1624 Pacific Avenue<br>POB 1913<br>Atlantic City, NJ 08404 | June 10, 2011 | $100,000.00<br>$35,090.00 pre-petition, $94,910.00 in retainer |
| Subranni Zauber LLC<br>1624 Pacific Avenue<br>POB 1913<br>Atlantic City, NJ 08404 | April 28, 2011 | $15,000.00 |

**10.  Other transfers**

None ☒

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None          List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☒        which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
         this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
         shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
         houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include
         information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
         filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND<br>DATE OF SALE<br>OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None          List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒        valuables within one year immediately preceding the commencement of this case.    (Married debtors filing
         under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
         joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF<br>THOSE WITH ACCESS TO BOX<br>OR DEPOSITORY | DESCRIPTION OF<br>CONTENTS | DATE OF<br>TRANSFER OR<br>SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None          List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90
☒        days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must
         include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses
         are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE<br>OF<br>SETOFF | AMOUNT<br>OF<br>SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None          List all property owned by another person that the debtor holds or controls.
☒

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

**15.   Prior address of debtor**

None


If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                     NAME USED                                   DATES OF OCCUPANCY

**16.   Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME                      NAME AND ADDRESS                   DATE OF                ENVIRONMENTAL
AND ADDRESS                 OF GOVERNMENTAL UNIT           NOTICE                        LAW

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None
☐

a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Ronald Singer, CPA<br>Ronald Singer and Associates LLC<br>2655 Philmont Ave. Suite 100<br>Huntingdon Valley, PA 19006 | January 2010 - Present |
| Stephen A. Cobell, CPA/MBA<br>Metis Group LLC<br>222 Mount Airy Road<br>Basking Ridge, NJ 07920 | March 2006 - December 2009 |

None
☒

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☒

c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None  d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☒     a financial statement was issued within the two years immediately preceding the commencement of this case by
      the debtor.

NAME AND ADDRESS                                         DATE
                                                        ISSUED

**20.  Inventories**

None  a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒     taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                              (Specify cost, market or other basis)

None  b.    List the name and address of the person having possession of the records of each of the two inventories
☒     reported in a., above.

DATE OF INVENTORY                            NAME AND ADDRESSES OF CUSTODIAN OF
                                                 INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None  a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☒     directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE                NATURE AND PERCENTAGE OF
                                                                STOCK OWNERSHIP

**22.  Former partners, officers, directors and shareholders**

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒     immediately preceding the commencement of this case.

NAME                        ADDRESS                DATE OF WITHDRAWAL

None ☒    b.     If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distribution by a corporation

None ☒     If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group

None ☒     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds

None ☒     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*  *  *  *  *  *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date     June 18, 2011     Signature     /s/ Thomas Miller

THOMAS MILLER,
Managing Member

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0  continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____     _____

Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30820-302Y-08010 - Adobe PDF

A.C. Black Landscaping
94A Crosswicks-Ellisdale Rd
Allentown, NJ 08501

ABLE MEDICAL TRANSPORTATION
INC
PO BOX 6837
BRIDGEWATER, NJ 08807-0837

ACCESS INTERACTIVE
LLC
46665 MAGELLAN DRIVE
NOVI, MI 48377

ACHCA
PO BOX 75060
BALTIMORE, MD 21275-5060

ACULABS, INC.
2 KENNEDY BLVD.
EAST BRUNSWICK, NJ 08816

AIR CARE OF NJ, INC
127 ROUTE 206 SUITE 35
HAMILTON, NJ 08610

AIRGAS EAST
PO BOX 827049
PHILADELPHIA, PA 19182

AJANTA S VINEKAR MD
"666 PLAINSBORO RD
SUITE 228, BLDG 200
PLAINSBORO, NJ 08536

ALAN LANDA
1072 MADISON AVENUE
LAKEWOOD, NJ 08701

ALLSTATE MEDICAL
34 35TH STREET
BROOKLYN, NY 11232

ALTERNATIVES FOR SENIORS
PO BOX 833
SOUTHFIELD, MI 48037

ALTIGRO
3 US HIGHWAY 46 WEST
FAIRFIELD, NJ 07004-2904

AMALFI'S
146 Lawrenceville Pennington Road
Lawrence Twp, NJ 08648-1461

AMARACHI ANABARONYE

American Hospice
50 N. Laura St. Ste 1800
Jacksonville, FL 32202

American Hospitals Patient Guide
POB 1031
Schenectady, NY 12301

American Hospitals Pub Group
POB 1031
Schenectady, NY 12301

Amerihealth Casualty Svcs
8000 Midlantic Dr # 333N
Mount Laurel, NJ 08054-1518

AMERIHEALTH CASUALTY SVCS-109
LOCKBOX #8271
PO BOX 8500
PHILADELPHIA, PA 19178

AMERIKEM
136 ARLINGTON AVENUE
BLOOMFIELD, NJ 07003

AMSTERDAM PRINTING &
LITHO
PO BOX 701
AMSTERDAM, NY 12010

ARAMSCO
PO BOX 29
THOROFARE, NJ 08086-0029

Atlantic Central Station Inc.
POB 158
Lyndhurst, NJ 07071

AUDIO MESSAGING
SOLUTIONS, LLC
PO BOX 890271
CHARLOTTE, NC
28289-0271

Bollinger, Inc.
232 Strawbridge Dr.
Moorestown, NJ 08057

Borden Perlman Insurance Co
2000 Lenox Drive Ste 202
Lawrenceville, NJ 08648

BROADVIEW NETWORKS
PO BOX 9242
UNIONDALE, NY
11555-9242

BSD CARE
2915 AVE K
BROOKLYN, NY 11210

Buchanan Ingersoll & Rooney
700 Alexander Park Ste 300
Princeton, NJ 08540

CAMERON CHANDLER
228 WEST MAPLE STREET
AMBLER, PA 19002-5738

CANON FINANCIAL SERVICES INC
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-014

Care Alternatives
70 Jackson Drive Ste 200
Cranford, NJ 07016

Care Associates Network
147 Columbia Tpke Ste 302
Florham Park, NJ 07932

CAREMED INC
PO BOX 67
CEDARHURST, NY 11516

Caring Hospice Services
400 Commerce Dr Ste C
Fort Washington, PA 19034

CENTRAL CARE
SOLUTIONS
1420 E LINDEN AVENUE
LINDEN, NJ 07036

CertaPro Painters
300 Mill St.
Moorestown, NJ 08057

CHE Senior Care Therapy
85 Crescent Ave.
Passaic, NJ 07055

Cherry Hill Pharmacy LTC
1951 Old Cuthbert Rd Ste 306
Cherry Hill, NJ 08034

Chicago Insurance Company
55 E. Monroe St.
Chicago, IL 60603

CHILDREN'S BREAD DELIVERANCE

Chinenye Onyenali
113 Johnston Ave.
Hamilton, NJ 08609

CHOICE CARE CARD LLC
76 MCNEIL ROAD 2ND FLOOR
WATERBURY CENTER, VT 05677

CHS, INC - MERCER CAMPUS
PO BOX 8500-1576
PHILADELPHIA, PA 19178-1576

CHS, INC. - FULD CAMPUS
PO BOX 8500-1571
PHILADELPHIA, PA
19178-1571

CLIA LABORATORY PROGRAM
POB 361
TRENTON, NJ 08625-0360

COLETTE BOGIE
857 OLD WHITEHORSE PIKE
WATERFORD, NJ 08089

COLONIAL
SUPPLEMENTAL
INSURANCE
PREMIUM PROCESSING
PO BOX 903
COLUMBIA, SC 29202-090

COLORADO BANKERS LIFE
PO BOX 17007
DENVER CO 80217-0007

COMCAST
PO BOX 840
NEWARK, NJ 07101-0840

COMMERCIAL READERS
SVC
PO BOX 3696
BLOOMINGTON, IL
61702-3696

COMTEL TECHNOLOGY GROUP, INC.
2602 EAST 7TH AVENUE
SUITE 200
TAMPA, FL 33605

ConEdison Solutions
701 Westchester Ave Ste 300E
White Plains, NY 10604

CONFIDENCE SERVICES
LLC
1420 EAST LINDEN
AVENUE
LINDEN, NJ 07036

COOLERSMART
"W510182, PO BOX 7777
PHILADELPHIA, PA 19175"

COOPER PEST SOLUTIONS
351 LAWRENCE STATION ROAD
LAWRENCEVILLE, NJ 08648-26

CREATIVE FORECASTING
PO BOX 7789
COLORADO SPRINGS, CO
80933-7789

CROKER FIRE DRILL CORP
PO BOX 368
ISLIP TERRACE, NY 11752-0368

CURRENT TECHNOLOGIES
ELECTRONICS
PO BOX 41
JACKSON, NJ 08527

DATA CONTROL
TECHNOLOGY, INC
9 CHURCH STREET SUITE
202
HORNELL, NY 14843

DAVID M. WACKSMAN
"RE: AMBASSADOR ANCILLARY 20
COURT STREET, 4TH FLOOR"

DAYDOTS
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

DELCREST MEDICAL
SUPPLIES, LLC
2670 NOTTINGHAM WAY
HAMILTON, NJ 08619

Delta-T Group, Inc.
101 S. Bryn Mawr Ave Ste 270
Bryn Mawr, PA 19010

DH SPECIAL SERVICES
107 BROOKVILLE ROAD
BARNEGAT, NJ 08005

DIRECT CARE CORP.
31 SKYLINE DRIVE
PLAINVIEW, NY 11803

DIRECT SUPPLY
BOX 88201
MILWAUKEE WI 53288-0201

DR. NILESH RANA
1531 BUCK CREEK DRIVE
YARDLEY, PA 19067

DRISCOLL FOODS
174 DELAWANNA AVENUE
CLIFTON, NJ 07014

DSI of Trenton LLC
1840 Princeton Ave.
Lawrenceville, NJ 08648

DYNALINK COMMUNICATIONS
PO BOX 1219
OLD CHELSEA STATION
NEW YORK, NY 10113-1

ECOLAB
PO BOX 905327
CHARLOTTE, NC
28290-5327

EDGE INFORMATION MANAGEMENT,
INC
PO BOX 3378
MELBOURNE, FL 32902-3378

EMA EMERGENCY MEDICAL
ASSOCIATES
PO BOX 747
LIVINGSTON, NJ 07039

Embracing Hospice
109 South Main Street
Cranbury, NJ 08512

Embracing HospiceCare of NJ West LLC
2101 Hwy 34 South Ste B
Wall, NJ 07719

ENCORE FLORIST & PALM HOUSE
2307 S. BROAD STREET
HAMILTON, NJ 08610

EPOWER ELECTRICAL
CONTRACTORS
Cranbury, NJ 08512

ERNEST KOSCIES

EVANS AUDIOLOGY & HEARING AID
CE
2657 NOTTINGHAM WAY
MERCERVILLE, NJ 08619

FDR Services Corp.
One Ames Court. Ste 204
Plainview, NY 11803

FDR SERVICES CORP.
PO BOX 1010
PLAINVIEW, NY 11803

FED EX
PO BOX 371461
PITTSBURGH, PA 15250-7461

FORD CREDIT
BOX 220564
PITTSBURGH, PA
15257-2564

Ford Motor Credit
POB 542000
Omaha, NE 68154

Fraser Advanced Info Systems
800 Walnut St
MAC F4031-040
Des Moines, IA 50309

FRASER-SUPPLIES
PO BOX 7
READING, PA 19603-0007

G & C ELECTRONICS
317 CHURCH STREET
LAKEHURST, NJ 08733

GENERAL HEALTHCARE RESOURCES
2250 Hickory Rd. Ste. 240
Plymouth Meeting, PA 19462

Genesis Healthcare Corp
101 E. State St.
Kennett Square, PA 19348

GENSERVE INC
998 TAUNTON AVENUE
WEST BERLIN, NJ 08091

GENTELL
3600 BOUNDBROOK
TREVOSE, PA 19053

GEORGE SINKLER
3008 LIMEKILM PIKE
NORTH HILLS, PA 19038

GLOBAL MEDICAL
7024 TROY HILL DRIVE
SUITE N
ELKRIDGE, MD 21075

GLUCK WALRATH
428 RIVER VIEW PLAZA
TRENTON, NJ 08611

Greenwood House Hospice
50 Walter St.
Ewing, NJ 08628

H&R HEALTHCARE
1750 OAK STREET
LAKEWOOD, NJ 08701

HAMILTON ANESTHESIA ASSOC.
PO BOX 10439
TRENTON, NJ 08650

HAMILTON CARDIOLOGY
ASSOCIATES
2073 KLOCKNER ROAD
HAMILTON, NJ 08690

HARRY J. LAWALL & SON, INC.
8028 FRANKFORD AVENUE
PHILADELPHIA, PA 19136

HARTFORD STEAM BOILER
PO BOX 21045
CHICAGO, IL 60673

HCANJ
4 AAA DRIVE SUITE 203
HAMILTON, NJ 08691-1803

HCM GROUP LLC
40 VREELAND AVENUE
SUITE 101D
TOTOWA, NJ 07512

HD SUPPLY FACILITIES
MAINTENANCE
PO BOX 509058
SAN DIEGO, CA 92150-9058

Healthcare Quality Strategies
557 Cranbury Rd Ste 21
E. Brunswick, NJ 08816

HEALTHCARE SERVICES GROUP, INC
SUITE 300
3220 TILLMAN DRIVE
BENSALEM, PA 19020

Heart and Soul Hospice
104 Pension Rd
Englishtown, NJ 07726

HOLLAND INC.
HEATING & AIR
CONDITIONING
39 CONROW ROAD
DELRAN NJ 08075

HORIZON BLUE CROSS BLUE SHIELD
PO BOX 1738
NEWARK, NJ 07101-1738

Horizon Blue Cross Blue Shield
Ste 1, 949 Raymond Blvd.
Newark, NJ 07105

Horizon Healthcare Svcs
Three Penn Plaza East
Newark, NJ 07105-2200

Hospice of New Jersey
400 Broadacres Dr 4th Fl
Bloomfield, NJ 07003

HUBCO HEALTH CARE GROUP
130 PENNINGTON WASHINGTON
CROSSING ROAD
Pennington, NJ 08534

Integrated Health Admin Svcs
141 Halstead Ave Ste 304
Mamaroneck, NY 10543

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0039

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114

INTERNATIONAL
HEALTHCARE
VOLUNTEER

Invacare Corporation
POB 4028
Elyria, OH 44036

Iron Mountain Information Mgmt
3433 Progress Drive
Bensalem, PA 19020

JAFFE & ASHER LLP
600 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10016-1901

JAMES TAITSMAN
123 FRANKLIN CORNER ROAD
LAWRENCEVILLE, NJ 08648

JAY MALLETT
28 JACOBS CORNER ROAD
EWING, NJ 08628

JERRY CASTALDO
3 GREENWICH DRIVE
HIGH BRIDGE, NJ
08829-1607

JOHN PATRICK PUBLISHING
COMPANY
PO BOX 5469
TRENTON, NJ 08638-0469

Jose Diaz
396 Holly Dr.
Levittown, PA 19055

Joyce Tulloch
857 E. State St.
Trenton, NJ 08609

KAUFMAN DOLOWICH & VOLUCK
LLP
135 CROSSWAYS PARK DRIVE
SUITE 201
WOODBURY, NY 1179

KEN JOHNSTONE
125 ELMWOOD ROAD
FAIRLESS HILLS, PA 19030

KODIAK SYSTEMS
PO BOX 786436
PHILADELPHIA, PA
19178-6436

L & I ELECTRIC
PO BOX 3243
PRINCETON, NJ 08543

LA HAIR
733 BIRCH AVENUE
PENNDEL, PA 19047

LAWRENCE
ORTHOPAEDICS
4065 QUAKERBRIDGE
ROAD
PRINCETON JUMCTION,
NJ 08550

LAWRENCE TOWNSHIP TAX
COLLECTOR
PO BOX 6006
LAWRENCEVILLE, NJ 08648

Lawrence Twp Board of Ed
2565 Princeton Pike
Lawrenceville, NJ 08648

Lawrence Twp Tax Collector
2207 Lawrence Road
Lawrence Twp, NJ 08648

Lawrenceville Nursing Home
c/o Frank C. Puzio, President
231 Lambert Drive
Princeton, NJ 08540

Lawrenceville Nursing Home
c/o Frank C. Puzio, President
231 Lambert Drive
Princeton, NJ 08540

Lawrenceville Nursing Home,
Inc.
Attn: Carl J. Soranno, Esq.
Brach Eichler LLC
101 Eisenhower Pkwy
Roseland, NJ 07068

Lawrenceville Nursing Home, Inc.
Attn: Carl J. Soranno, Esq.
Brach Eichler LLC
101 Eisenhower Pkwy
Roseland, NJ 07068

Lawrenceville Nursing Home, Inc.
Attn: Stark & Stark, Rachel Stark, Esquire
993 Lenox Drive, Building Two
Lawrenceville, NJ 08648

Lawrenceville Nursing Home,
Inc.
Attn: Stark & Stark, Rachel
Stark, Esquire
993 Lenox Drive, Building
Two
LAWRENCEVILLE, NJ 08648

LAWRENCEVILLE RECREATION
DEPT.
PO Box 6006
Lawrenceville, NJ 08648

Lawrenceville Urology PA
3120 Princeton Pike
Lawrenceville, NJ 08648

LEADING EDGE CUTLERY
SERVICE
318 9TH STREET
FAIRVIEW, NJ 07022

Leila Evans
378 Reservoir St.
Trenton, NJ 08618

LESA ALDRIDGE
1212 BEAR TAVERN ROAD
TITUSVILLE, NJ 08560

LIFE St. Francis
1435 Liberty St.
Hamilton, NJ 08629

LIFE SYSTEMS INC
7320 CENTRAL AVENUE
SAVANNAH GA 31406

LINDA CUMBUS
52 CHAMBORD CT.
HAMILTON, NJ 08619

LINGUISYTEMS
3100 4TH AVENUE EAST
MOLINE, IL 61244-9700

LIQUIDPOSH
575 EASTON AVENUE - 15L
SOMERSET, NJ 08873

Lourdes Lodovica
184 Cypress Lane
Hamilton, NJ 08619

LTC CONSULTING
SERVICES
7 RANDOLPH ROAD
HOWELL, NJ 07731

M & M MEDICAL EQUIPMENT
REPAIR
PO BOX 604
BEAVERDALE, PA 15921

Marcus & Millichap
270 Madison Ave # 7
New York, NY 10016-0601

MARSHALL INDUSTRIAL
TECHNOLOGIES
529 South Clinton Avenue
Trenton, NJ 08611

MARTHA DAVIS

MDI ACHIEVE
PO BOX 86
MINNEAPOLIS MN 55486-2905

MEDCARE LLC
3535 ROUTE 66 BUILDING
3
NEPTUNE, NJ 07753-2624

MEDEAST POST-OP & SURGICAL
PO BOX 822796
PHILADELPHIA, PA 19182-2796

Medi-EMR LLC
90 Washington Valley Road
Bedminster, NJ 07921

MEDI-TRANSPORT OF NJ
2595 EAST STATE STREET
HAMILTON, NJ 08619

MEDICAL REPAIR CENTER, INC.
432 LICOLN BLVD.
MIDDLESEX, NJ 08846

MEDICAL SOLUTIONS GROUP INC
1 HEWITT SQUARE #123
EAST NORTHPORT, NY 11731

MEDICOM, LLC
1090 CONEY ISLAND AVE
SUITE 202
BROOKLYN, NY 11230

Medline Industries Inc.
One Medline Place
Mundelein, IL 60060

Melissa Guglielmo
27 Village Drive
Yardville, NJ 08620

MERCER BUCKS
ORTHOPAEDICS
PO BOX 8095
LANCASTER, PA
17604-8095

Mercer County Comm College
PO Box B
Trenton, NJ 08690

Mercer County Technical Schools
1085 Old Trenton Rd.
Trenton, NJ 08690

Mercer County Vo-Tech
1085 Old Trenton Rd.
Trenton, NJ 08619

MERCER FIRE PROTECTION
527 MULBERRY STREET
TRENTON, NJ 08638

MERCER-BUCKS ORTHOPAEDICS
PO BOX 848228
BOSTON, MA 02284-8228

METIS GROUP, LLC
14 PENN PLAZA SUITE
1800
NEW YORK, NY 10122

Metropolitan Foods Inc
dba Driscoll Foods
174 Delawanna Ave.
Clifton, NJ 07011

MICHAEL LAZAR
532 OLD MARLTON PIKE
WEST PMB#106
MARLTON, NJ 08053

Michena Auguste Ulysse
1204 Hamilton Ave.
Trenton, NJ 08629

MIDCO WASTE SYSTEMS
5 INDUSTRIAL DRIVE
NEW BRUNSWICK, NJ 08901

MIDWAY INDUSTRIES
PO BOX 370
REISTERSTOWN, MD 21136

Mobilex USA
930 Ridgebrook Rd 3rd Fl
Sparks Glencoe, MD
21152-9390

MONROE MEDICAL SUPPLIES
2715 ROUTE 130
SOUTH CRANBURY, NJ 08512

MOONEY GENERAL PAPER CO
1451 CHESTNUT AVENUE
PO BOX 3800
HILLSIDE, NJ 07205

NATIONAL CARE
SYSTEMS
170 53RD STREET
BROOKLYN, NY 11232

NATIONAL DATACARE CORP
PO BOX 222430
CHANTILLY, VA 20153-2430

NATIONAL INDUSTRIES
2727 PHILMONT AVENUE
UNIT 340
HUNTINGDON VALLEY PA

NATIONAL NUTRITION
INC
PO BOX 5383
2733 LITITZ PIKE
LANCASTER, PA 17606-538

NEW HAMPSHIRE INSURANCE CO
PO BOX 13706
NEWARK, NJ 07188

NEW JERSEY LABOR LAW POSTER
SERV
5859 W SAGINAW HWY. #3443
LANSING, MI 48917-2460

NEW JERSEY SURGERY
CENTER
"1225
WHITEHORSE-MERCERVILLE
RD BLDG D, SUITE 209
ME"

Nilesh Rana, MD
1531 Buck Creek Drive
Yardley, PA 19067

NINA'S

NJ DIVISION OF FIRE
SAFETY
PO BOX 809
TRENTON, NJ 08625-0809

NJ Eastern Star Home
111 Finderne Ave.
Bridgewater, NJ 08807

NJ Nursing Home Provider Assessment
NJ Div of Taxation
50 Barrack Street
Trenton, NJ 08695-0198

NJ Nursing Home Provider
Assessment
NJ Div of Taxation Rev
Processing Ctr
PO Box 646
Trenton, NJ 08646

NJAHSA
13 ROSZEL ROAD SUITE C-200
PRINCETON, NJ 08540

NJAPA

NOLAN WILLENCE
CLASSICAL GUITARI
476 B BUCKINGHAM
DRIVE
MANCHESTER, NJ 08759

NUTRITION PLUS
40 VREELAND AVENUE SUITE 101D
TOTOWA, NJ 07512

Odyssey HealthCare Operatin B, LP
242 Old New Brunswick Rd Ste 140
Piscataway, NJ 08854

OLIVER SPRINKLER CO,
INC
501 FEHELEY DRIVE
KING OF PRUSSIA, PA
19406-2690

OMEGA ENVIORNMENTAL SERVICES
INC
280 HUYLER STREET
SOUTH HACKENSACK, NJ 07606

ON-SITE HEALTH SERVICES
413 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

ONE STOP FINANCIAL
SERVICES
1403 Oak Circle
Lansdale, PA 19446-6076

Our Town
POB 3462
Mercerville, NJ 08619

PARTNERS PHARMACY
70 JACKSON DRIVE
CRANFORD, NJ 07016

PATIENT CARE
ASSOCIATES INC
141 HALSTEAD AVE
MAMARONECK, NY 10543

PAULA KROSNICK
1505 8TH STREET NW
HICKORY, NC 28601

Petro
2187 Atlantic St.
Stamford, CT 06902

PHARMCARE USA
95 NEWFIELD AVENUE
SUITE B
EDISON, NJ 08837

PHILIP ROSENAU CO, INC
PO BOX 7777
PHILADELPHIA, PA 19175-0739

PHONE OWNERS GROUP
1790 ROUTE 70 EAST
CHERRY HILL, NJ 08003

PHYSIATRY
MANAGEMENT SERVICES
"3111 ROUTE 38, #11 PMB
120
MOUNT LAUREL, NJ
08054"

Physician Sales & Service
4345 Southpoint Boulevard
Jacksonville, FL 32216

PHYSIO-CONTROL, INC
12100 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

PIEDMONT AVIARIES INC
9049 GREEN ROAD
WARRENTON, VA 20187

PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250-7887

Prime HealthCare Staffing
27240 Haggerty Rd, E-15
Farmington Hills, MI 48331

PRIME REHABILITATION
SERVICES
220 WHITE PLAINS ROAD
SUITE 550
TARRYTOWN, NY 10591

PRIMEDICA, INC.
3500 FINANCIAL PLAZA SUITE 200
TALLAHASSEE, FL 32312

PRINCETON HEALTH CARE SYSTEM
FOU
253 WITHERSPOON STREET
PRINCETON, NJ 08540

PRINCETON HEALTHCARE
SYSTEM
253 WITHERSPOON
STREET
PRINCETON, NJ 08540

PRINCETON PACKET
300 WITHERSPOON STREET PO BOX
AJ
PRINCETON, NJ 08542

PRINCETON RADIOLOGY
3674 ROUTE 27
KENDALL PARK, NJ 08824

PRINCETON REGIONAL
CHAMBER OF CO
9 VANDEVENTER AVENUE

PRINCETON, NJ 08542

PRINCETON REGIONAL ORTHO
256 BUNN DRIVE
PRINCETON, NJ 08540

Prinetonian Graphics Inc.
45 Stouts Lane Ste 4
Monmouth Junction, NJ 08852

PSE&G Co Electric
8 Lyndon Dr.
Hillsborough, NJ 08844-3033

PSE&G CO ELECTRIC
PO BOX 14101
NEW BRUNSWICK, NJ 08906-4101

PSE&G GAS
PO BOX 14104
NEW BRUNSWICK, NJ 08906-4104

PULMONARY
MANAGEMENT INC
1985 EAST STATE STREET
EXT
HAMILTON, NJ 08619

PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6042

QUALI-TEE
657 Rte 28 # 2
West Yarmouth, MA 02673-5034

RAYMOND H. VALENTINO
244 PROBASCO ROAD
EAST WINDSOR, NJ 08520

RECOVER CARE
KEY BANK LOCK BOX # 713222
895 CENTRAL AVE, STE 600

RESIDENT FAMILY MEALS

RESPIRATORY HEALTH
SERVICES
PO BOX 7247 7480
PHILADELPHIA, PA
19170-7480

RETRIEVEX
PO BOX 415938
BOSTON, MA 02241-5938

RHONDA HUGHES

Rite-Air Mechanical
109 Edgewood Ave.
Bellmawr, NJ 08031

ROBERT MATTEO
PO BOX 52
WASHINGTON, NJ 07882

Rossi Psychological Group PA
62 E. Main St.
Somerville, NJ 08876

SALADWORKS
Eight Tower Bridge
161 Washington St, Ste 300
Conshohocken, PA 19428

SAMMONS PRESTON
PO BOX 93040
CHICAGO, IL 60673-3040

SANITARY LINEN SUPPLY
1100 6TH AVENUE
NEPTUNE, NJ 07753

SEA BAY GAME CO.
77 CLIFFWOOD AVE STE
1-D
CLIFFWOOD, NJ 07721

Select Medical Corporation
4714 Gettysburg Road
Mechanicsburg, PA 17055

SELECT MEDICAL REHABILITATION
SE
PO BOX 643920
PITTSBURGH, PA 15264

SERVICE PORT
REFRIGERATION
340-A ANDREWS ROAD
TREVOSE, PA 19053

SHRED IT
796 HAUNTED LANE
BENSALEM, PA 19020

SINGER EQUIPMENT COMPANY
"MITNICK & MALZBERG, P.C. PO BOX
429
FRENCHTOWN, NJ 0"

ST. FRANCIS MEDICAL
CENTER
PO BOX 827800
PHILADELPHIA, PA 19182

STEPHEN A. COBELL, LLC
1234 ROUTE 23
NORTH BUTLER, NJ 07405

STERICYCLE INC
PO BOX 9001590
LOUISVILLE, KY 40290-1590

STERN MOBILE FIELD
OFFICES, INC
PO BOX 218
FARMINGDALE, NJ 07727

Steven A. Cobell, LLC
1234 Rt. 23 North
Butler, NJ 07405

SUCCESSFUL TITLE AGENCY
809 RIVER AVE
LAKEWOOD, NJ 08701

SUE MILLER
106 DRUMMOND DRIVE
PENNINGTON, NJ 08534

SUMMIT SOFTWARE INC
85 BROADWAY SUITE F
AMITYVILLE, NY 11701

SUNSHINE FOUNDATION
PO BOX 55130
TRENTON, NJ 08638-6130

SUPERIOR LAMP INC
PO BOX 566
MOORHEAD MN
56561-0566

Symphony Diagnostic Svcs
185 Witmer Road
Horsham, PA 19044

TAENZER,ETTENSON,STOCKTON &
ABER
123 NORTH CHURCH STREET PO BOX
237
MOORESTOWN, NJ 08

TAYLOR RENTAL
448 Broadway
Hillsdale, NJ 07642

TEAMSTERS LOCAL 35 HEALTH
FUND
620 US ROUTE 130
YARDVILLE, NJ 08691

TEAMSTERS LOCAL 35 PENSION
FUND
620 US ROUTE 130
YARDVILLE, NJ 08691

TEAMSTERS LOCAL 35
UNION DUES
620 US ROUTE 130
YARDVILLE, NJ 08691

TEICH GROH
691 STATE HIGHWAY #33
TRENTON, NJ 08619-4492

The Corporate Health Center
832 Brunswick Ave.
Trenton, NJ 08638

THE FLAG KEEPERS
1108 LEE STREET
KANNAPOLIS, NC 28081

The Lawrence Ledger
P.O. Box 350
Princeton, NJ 08542

THE PHONEOWNERS GROUP
1790 ROUTE 70 EAST
CHERRY HILL, NJ 08003

THE PRINCETON PACKET
PO BOX AJ
PRINCETON, NJ 08542-0116

The Star-Ledger
1 Star-Ledger Plaza
Newark, NJ 07101

THE TIMES
PO BOX 5757
HICKSVILLE, NY 11802-5757

THE TIMES ADVERTISING
PO BOX 5710
HICKSVILLE, NY
11802-5710

THE TRENTONIAN
ACCOUNTS RECEIVABLE PO BOX 231

TRENTON, NJ 08602-023

TIFFANY MOSS

TREASURER STATE OF NJ
P. O. Box 002
Trenton, NJ 08625-0002

TRENTON ORTHOPAEDIC GROUP
PO BOX 850052173
PHILADELPHIA, PA 19178-2173

TRENTON THUNDER BASEBALL
1 Thunder Road
Trenton, NJ 08611

TRENTON WATER WORKS
PO BOX 528
TRENTON, NJ 08604-0528

ULTRASOUND SERVICES INC
27 BLACKSMITH ROAD- #200
NEWTOWN, PA 18940

UNITED FEDERATED SYSTEMS INC
40 VREELAND AVENUE SUITE 105
TOTOWA, NJ 07512

Uroskills Urology PC
151 Fries Mill Road # 301
Blackwood, NJ 08012-2016

US MARKETING
40-14 24TH STREET
LONG ISLAND CITY, NY 11101

US POST ACUTE SERVICE SOLUTIONS
2029 MORRIS AVENUE SUITE 2
UNION, NJ 07083

VERIZON
PO BOX 4833
TRENTON, NJ 08650-4833

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505

VERIZON/DUBOW
PO BOX 4830
TRENTON, NJ 08650-4830

VNA Home Care of Mercer
County
171 Jersey St.
Trenton, NJ 08611

WB MASON
59 CENTRE STREET
BROCKTON, MA 02301-4014

Weigh to Go LLC
1339 Ells Mill Road
Mullica Hill, NJ 08062

WELCO
PO BOX 7777
PHILADELPHIA, PA
19175-2075

WILLIAM GARFINKLE
89 BROWNING ROAD
SHORT HILLS, NJ 07078

WOUND CARE CONCEPTS
2701 BARTRAM ROAD
BRISTOL, PA 19007

WOUND HEALING
TECHNOLOGIES
1901 JOHN P DEVANEY
BLVD
BROOKLYN, NY 11215

ZEP MANUFACTURING COMPANY
PO BOX # 3338
BOSTON, MA 02241-3338

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re    Miller Health Care, LLC                          ,

                              Debtor

Case No. _____

Chapter _____11_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 10 pages, is true,

correct and complete to the best of my knowledge.

Date ___June 18, 2011_____          Signature ___/s/ Thomas Miller_____

                                                            THOMAS MILLER,
                                                            Managing Member

Scott M. Zauber, Esq.
Subranni Zauber LLC
1624 Pacific Avenue
POB 1913
Atlantic City, NJ 08404
(609) 347-7000
(609) 345-4545

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re   Miller Health Care, LLC_____ ,
                                Debtor

Case No. _____

Chapter    11 _____

### List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
| --- | --- | --- |

B203
12/94

# United States Bankruptcy Court
### DISTRICT OF NEW JERSEY

In re   Miller Health Care, LLC

Case No. _____

Chapter _____ 11 _____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .......................................................... $   94,910.00

Prior to the filing of this statement I have received ........……………................. $   0.00

Balance Due ...............................................…………………………….............. $   94,910.00

2.    The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

The retainer agreement is incorporated by reference.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The retainer agreement is incorporated by reference.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

June 18, 2011
_____
Date

/s/ Scott M. Zauber, Esq.
_____
Signature of Attorney

Subranni Zauber LLC
_____
Name of law firm